FILED: June 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1013
(1:24-cv-01869-LMB-WEF)

_____

JESSICA WICKETT

      Plaintiff - Appellee

v.

VENTURE GLOBAL LNG, INC., now known as Venture Global Holdings, Inc.

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk