# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 21, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No.   25-1013,   Jessica Wickett v. Venture Global LNG, Inc.
                 1:24-cv-01869-LMB-WEF

TO:   Venture Global LNG, Inc.
      Jessica Wickett

**RESPONSE DUE: 07/24/2025**

Response is required to the notice requesting information regarding similar cases on or before 07/24/2025. Please use the **Response - Similar Cases** form to submit response, using the **RESPONSE/ANSWER (to Similar Case notice)** event.

Karen Stump, Deputy Clerk
804-916-2702