**United States Court of Appeals
for the Fourth Circuit**

JESSICA WICKETT,

*Plaintiff-Appellee,*

*v.*

VENTURE GLOBAL LNG, INC., NOW KNOWN AS VENTURE GLOBAL
HOLDINGS, INC.[*]

*Defendant-Appellant.*

On Appeal from the United States District Court for the Eastern District
of Virginia, No. 1:24-cv-1869 (Brinkema, J.)

## JOINT STIPULATION OF WITHDRAWAL WITH PREJUDICE

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the undersigned counsel hereby stipulate that all claims of Plaintiff Jessica Wickett against Defendants Venture Global LNG, Inc. and Venture Global Holdings, Inc. be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully submitted,

---

[*] Appellee's complaint incorrectly identifies Venture Global Holdings, Inc. as the current name of Defendant Venture Global LNG, Inc. Rather, Venture Global, Inc., formerly known as Venture Global Holdings, Inc., is the parent company of Venture Global LNG, Inc.

SULLIVAN & WORCESTER LLP

By: _____
   Michael T. Dyson (VA Bar No.
 40962)
1666 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-1217
mdyson@sullivanlaw.com

Gerry Silver, Esq. (admitted *pro hac vice*)
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3096
gsilver@sullivanlaw.com

*Counsel for Plaintiff Jessica Wickett*

Dated: July 22, 2025

WILLIAMS & CONNOLLY

By: _____
   Amy Mason Saharia
   M. Elaine Horn
   Nicole Ratelle

680 Main Avenue SW
Washington, D.C. 20006
Telephone: (202) 434-5000
rscarborough@wc.com
ehorn@wc.com

*Counsel for Venture Global LNG, Inc., and
Venture Global Holdings, Inc.*

Dated: July 25, 2025