FILED: July 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1013
(1:24-cv-01869-LMB-WEF)

_____

JESSICA WICKETT

        Plaintiff - Appellee

v.

VENTURE GLOBAL LNG, INC., now known as Venture Global Holdings, Inc.

        Defendant - Appellant

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                    */s/Nwamaka Anowi, Clerk*